**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 16-08629
§
FARRAH F FLOWERS §
§
§
Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/14/2016. The undersigned trustee was appointed on 03/14/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $3,279.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $3.97 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $3,275.03 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/20/2016 and the deadline for filing government claims was 09/20/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $686.88. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $686.88, for a total compensation of $686.88[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $17.19, for total expenses of $17.19.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/22/2018         By:   /s/ David P. Leibowitz
                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

Page No: 1    Exhibit A

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 16-08629 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | FLOWERS, FARRAH F | | | Date Filed (f) or Converted (c): | 03/14/2016 (f) |
| For the Period Ending: | 7/22/2018 | | | §341(a) Meeting Date: | 04/21/2016 |
| | | | | Claims Bar Date: | 09/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1325 S. Keeler Ave. Chicago, IL - 60623-0000 Cook County value based on cma | $69,950.00 | $0.00 | | $0.00 | FA |
| 2 | Miscellaneous used household goods | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 | 4 TVs, 2 DVD Players | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Clothes | $600.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous costume jewelry | $50.00 | $0.00 | | $0.00 | FA |
| 6 | Checking account with Fifth Third Bank | $657.42 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value updated per amended schedule B filed 04/29/2016 (dkt #12). | | | | | |
| 7 | Savings account with First Northern Credit Union | $200.00 | $0.00 | | $0.00 | FA |
| 8 | 401k through employer | $0.00 | $0.00 | | $0.00 | FA |
| 9 | 2015 Tax Refund of $1,900.00 "(a portion was spent on necessary living expenses and the remaining value is reflected in cash on hand) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Refund of $3,112 received prepetition, of which $1,900 remained on petition date and is included in cash on hand, asset no. 13. | | | | | |
| 10 | Employer - Term Life Insurance - no cash surrender value | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Term Life Insurance with Metlife No Cash Surrender Value | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Life Insurance Surety No Cash Surrender Value | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset deleted in amended schedule B filed 04/29/2016 (dkt #12). | | | | | |
| 13 | Cash: Debtor had $4,000 cash on hand at time of filing. $1,900 of this was from her tax refund. (u) | $4,000.00 | $2,407.42 | | $2,073.91 | FA |
| **Asset Notes:** | Per order entered on 11/16/2016 (dkt #28), settled with debtor for total of $3,279 for non-exempt value of assets 13 through 18. | | | | | |
| 14 | Stocks with Employer - 18 shares (u) | $600.00 | $600.00 | | $516.89 | FA |
| **Asset Notes:** | Per order entered on 11/16/2016 (dkt #28), settled with debtor for total of $3,279 for non-exempt value of assets 13 through 18. | | | | | |
| 15 | MetLife Insurance - Malia (u) | $0.00 | $89.88 | | $77.42 | FA |
| **Asset Notes:** | Cash Surrender Value: $89.88. Per order entered on 11/16/2016 (dkt #28), settled with debtor for total of $3,279 for non-exempt value of assets 13 through 18. | | | | | |
| 16 | MetLife Insurance - Marques (u) | $0.00 | $189.28 | | $163.04 | FA |

Case 16-08629   Doc 32   Filed 08/22/18   Entered 08/22/18 16:06:57   Desc Main
Document      Page 4 of 14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2      Exhibit A

| Case No.: | 16-08629 | | | Trustee Name: | David Leibowitz |
| Case Name: | FLOWERS, FARRAH F | | | Date Filed (f) or Converted (c): | 03/14/2016 (f) |
| For the Period Ending: | 7/22/2018 | | | §341(a) Meeting Date: | 04/21/2016 |
| | | | | Claims Bar Date: | 09/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| **Asset Notes:** | Cash Surrender Value: $189.28. |
| | Per order entered on 11/16/2016 (dkt #28), settled with debtor for total of $3,279 for non-exempt value of assets 13 through 18. |

| **Ref. #** | | | | | | |
|---|---|---|---|---|---|---|
| 17 | MetLife Insurance - Lavar  (u) | $0.00 | $409.42 | | $352.70 | FA |

| **Asset Notes:** | Cash Surrender Value: $409.42. |
| | Per order entered on 11/16/2016 (dkt #28), settled with debtor for total of $3,279 for non-exempt value of assets 13 through 18. |

| 18 | MetLife Insurance - Myla  (u) | $0.00 | $110.29 | | $95.04 | FA |

| **Asset Notes:** | Cash Surrender Value: $110.29. |
| | Per order entered on 11/16/2016 (dkt #28), settled with debtor for total of $3,279 for non-exempt value of assets 13 through 18. |

| 19 | 2016 Tax Refund - intercepted per settlement  (u) | $0.00 | $870.00 | | $0.00 | FA |

| **Asset Notes:** | Intercepted per settlement (approved by order entered 11/16/2016, dkt #28), to pay balance of settlement owed--funds received and allocated to assets 13, 14, 15, 16, 17, and 18 pursuant to settlement. |

**TOTALS (Excluding unknown value)**                                                                                                                                                       **Gross Value of Remaining Assets**
$77,557.42           $4,676.29           $3,279.00           $0.00

**Major Activities affecting case closing:**

06/21/2017    2017 Reporting Period:
Trustee settled with Debtor for $3,279 for non-exempt cash on hand as of the filing date, stocks in her employer's company, and cash surrender value of four life insurance policies.
The Trustee solicited additional claims from scheduled creditors, many of which were time-barred and therefore withdrawn.
There will likely be surplus funds to return to the Debtor.

**Initial Projected Date Of Final Report (TFR):**    06/12/2017    **Current Projected Date Of Final Report (TFR):**    09/30/2017    /s/ DAVID LEIBOWITZ

                                                                                                                                                                                                                  DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit B

| Case No.: | 16-08629 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | FLOWERS, FARRAH F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1183 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Flowers, Farah |
| For Period Beginning: | 3/14/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/22/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2016 |  | FLOWERS, FARRAH F | Settlement for non-exempt assets per order entered 11/16/2016, dkt #28 (payment 1 of 6) | * | $250.00 |  | $250.00 |
|  | {13} |  | payment 1 of 6    $158.12 | 1229-000 |  |  | $250.00 |
|  | {14} |  | payment 1 of 6    $39.41 | 1229-000 |  |  | $250.00 |
|  | {15} |  | payment 1 of 6    $5.90 | 1229-000 |  |  | $250.00 |
|  | {16} |  | payment 1 of 6    $12.43 | 1229-000 |  |  | $250.00 |
|  | {17} |  | payment 1 of 6    $26.89 | 1229-000 |  |  | $250.00 |
|  | {18} |  | payment 1 of 6    $7.25 | 1229-000 |  |  | $250.00 |
| 12/30/2016 |  | FLOWERS, FARRAH F | Settlement for non-exempt assets per order entered 11/16/2016, dkt #28 (payment 2 of 6) | * | $250.00 |  | $500.00 |
|  | {13} |  | payment 2 of 6    $158.12 | 1229-000 |  |  | $500.00 |
|  | {14} |  | payment 2 of 6    $39.41 | 1229-000 |  |  | $500.00 |
|  | {15} |  | payment 2 of 6    $5.90 | 1229-000 |  |  | $500.00 |
|  | {16} |  | payment 2 of 6    $12.43 | 1229-000 |  |  | $500.00 |
|  | {17} |  | payment 2 of 6    $26.89 | 1229-000 |  |  | $500.00 |
|  | {18} |  | payment 2 of 6    $7.25 | 1229-000 |  |  | $500.00 |
| 12/30/2016 |  | Green Bank | Bank Service Fee | 2600-000 |  | $0.40 | $499.60 |
| 01/27/2017 |  | FLOWERS, FARRAH F | Settlement for non-exempt assets per order entered 11/16/2016, dkt #28 (payment 3 of 6) | * | $250.00 |  | $749.60 |
|  | {13} |  | payment 3 of 6    $158.12 | 1229-000 |  |  | $749.60 |
|  | {14} |  | payment 3 of 6    $39.41 | 1229-000 |  |  | $749.60 |
|  | {15} |  | payment 3 of 6    $5.90 | 1229-000 |  |  | $749.60 |
|  | {16} |  | payment 3 of 6    $12.43 | 1229-000 |  |  | $749.60 |
|  | {17} |  | payment 3 of 6    $26.89 | 1229-000 |  |  | $749.60 |
|  | {18} |  | payment 3 of 6    $7.25 | 1229-000 |  |  | $749.60 |
| 01/31/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $0.80 | $748.80 |
|  |  |  | **SUBTOTALS** |  | $750.00 | $1.20 |  |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-08629 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FLOWERS, FARRAH F | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1183 | | | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Flowers, Farah |
| For Period Beginning: | 3/14/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/22/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2017 | | FLOWERS, FARRAH F | Settlement for non-exempt assets per order entered 11/16/2016, dkt #28 (payment 4 of 6) | * | $250.00 | | $998.80 |
| | {13} | | payment 4 of 6                  $158.12 | 1229-000 | | | $998.80 |
| | {14} | | payment 4 of 6                   $39.41 | 1229-000 | | | $998.80 |
| | {15} | | payment 4 of 6                    $5.90 | 1229-000 | | | $998.80 |
| | {16} | | payment 4 of 6                   $12.43 | 1229-000 | | | $998.80 |
| | {17} | | payment 4 of 6                   $26.89 | 1229-000 | | | $998.80 |
| | {18} | | payment 4 of 6                    $7.25 | 1229-000 | | | $998.80 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.09 | $997.71 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.68 | $996.03 |
| 04/04/2017 | | FLOWERS, FARRAH F | Settlement for non-exempt assets per order entered 11/16/2016, dkt #28 (payment 5 of 6) | * | $1,409.00 | | $2,405.03 |
| | {13} | | payment 5 of 6                  $891.17 | 1229-000 | | | $2,405.03 |
| | {14} | | payment 5 of 6                  $222.11 | 1229-000 | | | $2,405.03 |
| | {15} | | payment 5 of 6                   $33.27 | 1229-000 | | | $2,405.03 |
| | {16} | | payment 5 of 6                   $70.06 | 1229-000 | | | $2,405.03 |
| | {17} | | payment 5 of 6                  $151.56 | 1229-000 | | | $2,405.03 |
| | {18} | | payment 5 of 6                   $40.83 | 1229-000 | | | $2,405.03 |
| 04/11/2017 | | FLOWERS, FARRAH F | Settlement for non-exempt assets per order entered 11/16/2016, dkt #28 (payment 6 of 6) (payor should be U.S. Treasury - intercepted refund per agreement) | * | $870.00 | | $3,275.03 |
| | {13} | | payment 6 of 6                  $550.26 | 1229-000 | | | $3,275.03 |
| | {14} | | payment 6 of 6                  $137.14 | 1229-000 | | | $3,275.03 |
| | {15} | | payment 6 of 6                   $20.55 | 1229-000 | | | $3,275.03 |
| | {16} | | payment 6 of 6                   $43.26 | 1229-000 | | | $3,275.03 |
| | {17} | | payment 6 of 6                   $93.58 | 1229-000 | | | $3,275.03 |
| | {18} | | payment 6 of 6                   $25.21 | 1229-000 | | | $3,275.03 |

| | | | **SUBTOTALS** | | $2,529.00 | $2.77 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-08629 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FLOWERS, FARRAH F | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1183 | | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Flowers, Farah |
| For Period Beginning: | 3/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/22/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $3,279.00 | $3.97 | $3,275.03 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,279.00 | $3.97 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $3,279.00 | $3.97 | |

| For the period of 3/14/2016 to 7/22/2018 | | For the entire history of the account between 11/30/2016 to 7/22/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,279.00 | Total Compensable Receipts: | $3,279.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,279.00 | Total Comp/Non Comp Receipts: | $3,279.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3.97 | Total Compensable Disbursements: | $3.97 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.97 | Total Comp/Non Comp Disbursements: | $3.97 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4  Exhibit B

| Case No. | 16-08629 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FLOWERS, FARRAH F | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1183 | | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Flowers, Farah |
| For Period Beginning: | 3/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/22/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,279.00 | $3.97 | $3,275.03 |

**For the period of 3/14/2016 to 7/22/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,279.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,279.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/14/2016 to 7/22/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,279.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,279.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No. | 16-08629 | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|
| Case Name: | FLOWERS, FARRAH F | | | | | | | Date: 7/22/2018 |
| Claims Bar Date: | 09/20/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $686.88 | $0.00 | $0.00 | $0.00 | $686.88 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $17.19 | $0.00 | $0.00 | $0.00 | $17.19 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $29.56 | $0.00 | $0.00 | $0.00 | $29.56 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $802.50 | $0.00 | $0.00 | $0.00 | $802.50 |
| 1 | CAVALRY SPV I, LLC<br><br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (1-1) Cavalry SPV I, LLC as assignee of Capital One National Assoc
Withdrawn 10/19/2016

| 3 | PINNACLE CREDIT SERVICES, LLC ITS SUCCESSORS AND assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0368 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Withdrawn 11/7/16
(time-barred)

| Case No. | 16-08629 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FLOWERS, FARRAH F | | | | | | | | Date: 7/22/2018 |
| Claims Bar Date: | 09/20/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | DEPARTMENT STORE NATIONAL BANK<br><br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland WA 98083-0657 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $242.35 | $0.00 | $3.89 | $0.00 | $242.35 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to CITIBANK, N.A. (CHILDREN'S PLACE)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $702.02 | $0.00 | $11.26 | $0.00 | $702.02 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br><br>Successor to Comenity Bank/The Roomplace<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Tardy General Unsecured § 726(a)(3) | Withdrawn | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br><br>Successor to Comenity Bank/New York & Co<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Tardy General Unsecured § 726(a)(3) | Withdrawn | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF CHICAGO DEPARTMENT OF FINANCE<br><br>c/o Arnold Scott Harris<br>111 W. Jackson Ste. 600<br>Chicago IL 60604 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $244.00 | $0.00 | $3.91 | $0.00 | $244.00 |
| | FARRAH F FLOWERS<br><br>1953 S. AVERS AVE.<br>CHICAGO IL 60623 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $531.47 | $0.00 | $0.00 | $0.00 | $531.47 |

**Claim Notes:** Debtor Surplus

| | | | | | $3,255.97 | $0.00 | $19.06 | $0.00 | $3,255.97 |

| Case No. | 16-08629 | | | | Trustee Name: | David Leibowitz |
| Case Name: | FLOWERS, FARRAH F | | | | Date: | 7/22/2018 |
| Claims Bar Date: | 09/20/2016 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $29.56 | $29.56 | $0.00 | $0.00 | $0.00 | $29.56 |
| Attorney for Trustee Fees (Trustee Firm) | $802.50 | $802.50 | $0.00 | $0.00 | $0.00 | $802.50 |
| General Unsecured § 726(a)(2) | $15,059.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payments to Unsecured Credit Card Holders | $944.37 | $944.37 | $0.00 | $15.15 | $0.00 | $944.37 |
| Surplus Funds Paid to Debtor | $531.47 | $531.47 | $0.00 | $0.00 | $0.00 | $531.47 |
| Tardy General Unsecured § 726(a)(3) | $3,601.27 | $244.00 | $0.00 | $3.91 | $0.00 | $244.00 |
| Trustee Compensation | $686.88 | $686.88 | $0.00 | $0.00 | $0.00 | $686.88 |
| Trustee Expenses | $17.19 | $17.19 | $0.00 | $0.00 | $0.00 | $17.19 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:   16-08629
Case Name:   FARRAH F FLOWERS
Trustee Name:   David P. Leibowitz

Balance on hand: $3,275.03

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,275.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $686.88 | $0.00 | $686.88 |
| David P. Leibowitz, Trustee Expenses | $17.19 | $0.00 | $17.19 |
| Lakelaw, Attorney for Trustee Fees | $802.50 | $0.00 | $802.50 |
| Lakelaw, Attorney for Trustee Expenses | $29.56 | $0.00 | $29.56 |

Total to be paid for chapter 7 administrative expenses: $1,536.13
Remaining balance: $1,738.90

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,738.90

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,738.90

**UST Form 101-7-TFR (5/1/2011)**

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $944.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Department Store National Bank | $242.35 | $0.00 | $242.35 |
| 4 | Portfolio Recovery Associates, LLC | $702.02 | $0.00 | $702.02 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $944.37 |
| Remaining balance: | $794.53 |

      Tardily filed claims of general (unsecured) creditors totaling $244.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 7 | City of Chicago Department of Finance | $244.00 | $0.00 | $244.00 |

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $244.00 |
| Remaining balance: | $550.53 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $550.53 |

**UST Form 101-7-TFR (5/1/2011)**

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.68 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $19.06. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $531.47.

**UST Form 101-7-TFR (5/1/2011)**