**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 16-08629
§
FARRAH F FLOWERS §
§
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/27/2018, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/28/2018        By: /s/ David P. Leibowitz
                                    Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 16-08629
§
FARRAH F FLOWERS §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $3,279.00
*and approved disbursements of* $3.97
*leaving a balance on hand of[1]:* $3,275.03

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,275.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $686.88 | $0.00 | $686.88 |
| David P. Leibowitz, Trustee Expenses | $17.19 | $0.00 | $17.19 |
| Lakelaw, Attorney for Trustee Fees | $802.50 | $0.00 | $802.50 |
| Lakelaw, Attorney for Trustee Expenses | $29.56 | $0.00 | $29.56 |

Total to be paid for chapter 7 administrative expenses: $1,536.13
Remaining balance: $1,738.90

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   |   |
|---|--:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,738.90 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   |   |
|---|--:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,738.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $944.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|--:|--:|--:|
| 2 | Department Store National Bank | $242.35 | $0.00 | $242.35 |
| 4 | Portfolio Recovery Associates, LLC | $702.02 | $0.00 | $702.02 |

|   |   |
|---|--:|
| Total to be paid to timely general unsecured claims: | $944.37 |
| Remaining balance: | $794.53 |

Tardily filed claims of general (unsecured) creditors totaling $244.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|--:|--:|--:|
| 7 | City of Chicago Department of Finance | $244.00 | $0.00 | $244.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $244.00 |
| Remaining balance: | $550.53 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $550.53 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.68 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $19.06. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $531.47.

Prepared By:  /s/ David P. Leibowitz
                         Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                  Case No. 16-08629-CAD
Farrah F Flowers                                                        Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: vgossett              Page 1 of 1          Date Rcvd: Aug 29, 2018
                              Form ID: pdf006             Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db             +Farrah F Flowers,   1953 S. Avers Ave.,   Chicago, IL 60623-2451
24881428        Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
24896147       +Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Citibank (South,
                 Dakota), N.A.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24719112       +E-mail/Text: bankruptcy@cavps.com Aug 30 2018 01:16:33      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
25633728       +E-mail/Text: Harris@ebn.phinsolutions.com Aug 30 2018 01:17:39
                 City of Chicago Department of Finance,   c/o Arnold Scott Harris P.C.,
                 111 W. Jackson Ste. 600,   Chicago, IL 60604-3517
25142741        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 30 2018 01:16:30      Jefferson Capital Systems LLC,
                 Purchased From Comenity Bank,   Po Box 7999,   Saint Cloud Mn 56302-9617,
                 Orig By: Comenity Bnk/New York & C
25142739        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 30 2018 01:16:30      Jefferson Capital Systems LLC,
                 Purchased From Comenity Bank,   Po Box 7999,   Saint Cloud Mn 56302-9617,
                 Orig By: Comenity Bnk/The Roomplac
24913241        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 01:14:12
                 Portfolio Recovery Associates, LLC,   Successor to CITIBANK, N.A.,   (CHILDREN'S PLACE),
                 POB 41067,   Norfolk, VA 23541
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
          David P Leibowitz, ESQ   on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Jason Blust    on behalf of Debtor 1 Farrah F Flowers jason.blust@clientfirstbankruptcy.com,
           courtemail@clientfirstbankruptcy.com;r45359@notify.bestcase.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 4
```