**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-08629 |
| | § | |
| FARRAH F FLOWERS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $69,950.00 | Assets Exempt: | $4,600.00 |
| Total Distributions to Claimants: | $1,207.43 | Claims Discharged Without Payment: | $278,344.00 |
| Total Expenses of Administration: | $1,540.10 | | |

3) Total gross receipts of $3,279.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $531.47 (see **Exhibit 2**), yielded net receipts of $2,747.53 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $186,808.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,540.10 | $1,540.10 | $1,540.10 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $299,963.00 | $19,604.94 | $1,188.37 | $1,207.43 |
| **Total Disbursements** | $486,771.00 | $21,145.04 | $2,728.47 | $2,747.53 |

4). This case was originally filed under chapter 7 on 03/14/2016. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/19/2018          By:   /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Cash: Debtor had $4,000 cash on hand at time of filing. $1,900 of this was from her tax refund. | 1229-000 | $2,073.91 |
| MetLife Insurance - Lavar | 1229-000 | $352.70 |
| MetLife Insurance - Malia | 1229-000 | $77.42 |
| MetLife Insurance - Marques | 1229-000 | $163.04 |
| MetLife Insurance - Myla | 1229-000 | $95.04 |
| Stocks with Employer - 18 shares | 1229-000 | $516.89 |
| **TOTAL GROSS RECEIPTS** | | $3,279.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| FARRAH F FLOWERS | Surplus Funds | 8200-002 | $531.47 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $531.47 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg | 4110-000 | $186,808.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $186,808.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $686.88 | $686.88 | $686.88 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $17.19 | $17.19 | $17.19 |
| Green Bank | 2600-000 | NA | $3.97 | $3.97 | $3.97 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $802.50 | $802.50 | $802.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $29.56 | $29.56 | $29.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $1,540.10 | $1,540.10 | $1,540.10 |

UST Form 101-7-TDR (10/1/2010)

| CHARGES |
|---|

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | $6,760.00 | $6,760.24 | $0.00 | $0.00 |
| 2 | Department Store National Bank | 7100-900 | $242.00 | $242.35 | $242.35 | $242.35 |
| 3 | Pinnacle Credit Services, LLC its successors and | 7100-000 | $10,559.00 | $8,299.06 | $0.00 | $0.00 |
| 4 | Portfolio Recovery Associates, LLC | 7100-900 | $702.00 | $702.02 | $702.02 | $702.02 |
| 5 | Jefferson Capital Systems LLC | 7200-000 | $2,917.00 | $2,917.82 | $0.00 | $0.00 |
| 6 | Jefferson Capital Systems LLC | 7200-000 | $439.00 | $439.45 | $0.00 | $0.00 |
| 7 | City of Chicago Department of Finance | 7200-000 | $0.00 | $244.00 | $244.00 | $244.00 |
|  | City of Chicago Department of Finance | 7990-000 | $0.00 | $0.00 | $0.00 | $3.91 |
|  | Department Store National Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $3.89 |
|  | Portfolio Recovery Associates, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $11.26 |
|  | Asset Acceptance Llc | 7100-000 | $11,224.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One, N.a. | 7100-000 | $16,899.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One, N.a. | 7100-000 | $6,760.00 | $0.00 | $0.00 | $0.00 |
|  | Comenity Bank/nwyrk&co | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Comenity Bank/roomplce | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Credit Management Lp | 7100-000 | $69.00 | $0.00 | $0.00 | $0.00 |
|  | Fifth Third Bank | 7100-000 | $1,799.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Hsbc/carsn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mcsi Inc | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Midland Funding | 7100-000 | $12,364.00 | $0.00 | $0.00 | $0.00 |
| Midland Funding | 7100-000 | $2,147.00 | $0.00 | $0.00 | $0.00 |
| Midland Funding | 7100-000 | $1,983.00 | $0.00 | $0.00 | $0.00 |
| Midland Funding | 7100-000 | $1,176.00 | $0.00 | $0.00 | $0.00 |
| Ocwen Loan Servicing L | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ocwen Loan Servicing LLC | 7100-000 | $223,644.00 | $0.00 | $0.00 | $0.00 |
| Peoples Engy | 7100-000 | $79.00 | $0.00 | $0.00 | $0.00 |
| Peoples Engy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoples Engy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/gap | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/jcp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/mohawk | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/walmart | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Target N.b. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Taylor Bean | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Triad Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wfds/wds | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wfds/wds | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $299,963.00 | $19,604.94 | $1,188.37 | $1,207.43 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 16-08629 | | | Trustee Name: | David Leibowitz |
| Case Name: | FLOWERS, FARRAH F | | | Date Filed (f) or Converted (c): | 03/14/2016 (f) |
| For the Period Ending: | 11/19/2018 | | | §341(a) Meeting Date: | 04/21/2016 |
| | | | | Claims Bar Date: | 09/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1325 S. Keeler Ave. Chicago, IL - 60623-0000 Cook County value based on cma | $69,950.00 | $0.00 | | $0.00 | FA |
| 2 | Miscellaneous used household goods | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 | 4 TVs, 2 DVD Players | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Clothes | $600.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous costume jewelry | $50.00 | $0.00 | | $0.00 | FA |
| 6 | Checking account with Fifth Third Bank | $657.42 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value updated per amended schedule B filed 04/29/2016 (dkt #12). | | | | | |
| 7 | Savings account with First Northern Credit Union | $200.00 | $0.00 | | $0.00 | FA |
| 8 | 401k through employer | $0.00 | $0.00 | | $0.00 | FA |
| 9 | 2015 Tax Refund of $1,900.00 "(a portion was spent on necessary living expenses and the remaining value is reflected in cash on hand) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Refund of $3,112 received prepetition, of which $1,900 remained on petition date and is included in cash on hand, asset no. 13. | | | | | |
| 10 | Employer - Term Life Insurance - no cash surrender value | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Term Life Insurance with Metlife No Cash Surrender Value | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Life Insurance Surety No Cash Surrender Value | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset deleted in amended schedule B filed 04/29/2016 (dkt #12). | | | | | |
| 13 | Cash: Debtor had $4,000 cash on hand at time of filing. $1,900 of this was from her tax refund. (u) | $4,000.00 | $2,407.42 | | $2,073.91 | FA |
| **Asset Notes:** | Per order entered on 11/16/2016 (dkt #28), settled with debtor for total of $3,279 for non-exempt value of assets 13 through 18. | | | | | |
| 14 | Stocks with Employer - 18 shares (u) | $600.00 | $600.00 | | $516.89 | FA |
| **Asset Notes:** | Per order entered on 11/16/2016 (dkt #28), settled with debtor for total of $3,279 for non-exempt value of assets 13 through 18. | | | | | |
| 15 | MetLife Insurance - Malia (u) | $0.00 | $89.88 | | $77.42 | FA |
| **Asset Notes:** | Cash Surrender Value: $89.88. | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No.: | 16-08629 | Trustee Name: David Leibowitz |
| Case Name: | FLOWERS, FARRAH F | Date Filed (f) or Converted (c): 03/14/2016 (f) |
| For the Period Ending: | 11/19/2018 | §341(a) Meeting Date: 04/21/2016 |
| | | Claims Bar Date: 09/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Per order entered on 11/16/2016 (dkt #28), settled with debtor for total of $3,279 for non-exempt value of assets 13 through 18. | | | | | |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 16 | MetLife Insurance - Marques (u) | $0.00 | $189.28 | | $163.04 | FA |
| **Asset Notes:** | Cash Surrender Value: $189.28. | | | | | |
| | Per order entered on 11/16/2016 (dkt #28), settled with debtor for total of $3,279 for non-exempt value of assets 13 through 18. | | | | | |
| 17 | MetLife Insurance - Lavar (u) | $0.00 | $409.42 | | $352.70 | FA |
| **Asset Notes:** | Cash Surrender Value: $409.42. | | | | | |
| | Per order entered on 11/16/2016 (dkt #28), settled with debtor for total of $3,279 for non-exempt value of assets 13 through 18. | | | | | |
| 18 | MetLife Insurance - Myla (u) | $0.00 | $110.29 | | $95.04 | FA |
| **Asset Notes:** | Cash Surrender Value: $110.29. | | | | | |
| | Per order entered on 11/16/2016 (dkt #28), settled with debtor for total of $3,279 for non-exempt value of assets 13 through 18. | | | | | |
| 19 | 2016 Tax Refund - intercepted per settlement (u) | $0.00 | $870.00 | | $0.00 | FA |
| **Asset Notes:** | Intercepted per settlement (approved by order entered 11/16/2016, dkt #28), to pay balance of settlement owed--funds received and allocated to assets 13, 14, 15, 16, 17, and 18 pursuant to settlement. | | | | | |

**TOTALS (Excluding unknown value)**
| | | | Gross Value of Remaining Assets |
|---|---|---|---|
| $77,557.42 | $4,676.29 | $3,279.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/24/2018 | 2018 Reporting Period: |
| | Trustee's Final Report submitted for US Trustee review on July 24, 2018. |
| 06/21/2017 | 2017 Reporting Period: |
| | Trustee settled with Debtor for $3,279 for non-exempt cash on hand as of the filing date, stocks in her employer's company, and cash surrender value of four life insurance policies. |
| | The Trustee solicited additional claims from scheduled creditors, many of which were time-barred and therefore withdrawn. |
| | There will likely be surplus funds to return to the Debtor. |

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/12/2017 | **Current Projected Date Of Final Report (TFR):** | 07/31/2018 | /s/ DAVID LEIBOWITZ |
| | | | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No. | 16-08629 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | FLOWERS, FARRAH F | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1183 | | | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Flowers, Farah |
| For Period Beginning: | 3/14/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2016 | | FLOWERS, FARRAH F | Settlement for non-exempt assets per order entered 11/16/2016, dkt #28 (payment 1 of 6) | * | $250.00 | | $250.00 |
| | {13} | | payment 1 of 6    $158.12 | 1229-000 | | | $250.00 |
| | {14} | | payment 1 of 6    $39.41 | 1229-000 | | | $250.00 |
| | {15} | | payment 1 of 6    $5.90 | 1229-000 | | | $250.00 |
| | {16} | | payment 1 of 6    $12.43 | 1229-000 | | | $250.00 |
| | {17} | | payment 1 of 6    $26.89 | 1229-000 | | | $250.00 |
| | {18} | | payment 1 of 6    $7.25 | 1229-000 | | | $250.00 |
| 12/30/2016 | | FLOWERS, FARRAH F | Settlement for non-exempt assets per order entered 11/16/2016, dkt #28 (payment 2 of 6) | * | $250.00 | | $500.00 |
| | {13} | | payment 2 of 6    $158.12 | 1229-000 | | | $500.00 |
| | {14} | | payment 2 of 6    $39.41 | 1229-000 | | | $500.00 |
| | {15} | | payment 2 of 6    $5.90 | 1229-000 | | | $500.00 |
| | {16} | | payment 2 of 6    $12.43 | 1229-000 | | | $500.00 |
| | {17} | | payment 2 of 6    $26.89 | 1229-000 | | | $500.00 |
| | {18} | | payment 2 of 6    $7.25 | 1229-000 | | | $500.00 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.40 | $499.60 |
| 01/27/2017 | | FLOWERS, FARRAH F | Settlement for non-exempt assets per order entered 11/16/2016, dkt #28 (payment 3 of 6) | * | $250.00 | | $749.60 |
| | {13} | | payment 3 of 6    $158.12 | 1229-000 | | | $749.60 |
| | {14} | | payment 3 of 6    $39.41 | 1229-000 | | | $749.60 |
| | {15} | | payment 3 of 6    $5.90 | 1229-000 | | | $749.60 |
| | {16} | | payment 3 of 6    $12.43 | 1229-000 | | | $749.60 |
| | {17} | | payment 3 of 6    $26.89 | 1229-000 | | | $749.60 |
| | {18} | | payment 3 of 6    $7.25 | 1229-000 | | | $749.60 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.80 | $748.80 |
| | | | **SUBTOTALS** | | **$750.00** | **$1.20** | |

FORM 2

Page No: 2     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-08629 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FLOWERS, FARRAH F | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1183 | | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Flowers, Farah |
| For Period Beginning: | 3/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/28/2017 | | FLOWERS, FARRAH F | Settlement for non-exempt assets per order entered 11/16/2016, dkt #28 (payment 4 of 6) | | * | $250.00 | | $998.80 |
| | {13} | | payment 4 of 6 | $158.12 | 1229-000 | | | $998.80 |
| | {14} | | payment 4 of 6 | $39.41 | 1229-000 | | | $998.80 |
| | {15} | | payment 4 of 6 | $5.90 | 1229-000 | | | $998.80 |
| | {16} | | payment 4 of 6 | $12.43 | 1229-000 | | | $998.80 |
| | {17} | | payment 4 of 6 | $26.89 | 1229-000 | | | $998.80 |
| | {18} | | payment 4 of 6 | $7.25 | 1229-000 | | | $998.80 |
| 02/28/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $1.09 | $997.71 |
| 03/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $1.68 | $996.03 |
| 04/04/2017 | | FLOWERS, FARRAH F | Settlement for non-exempt assets per order entered 11/16/2016, dkt #28 (payment 5 of 6) | | * | $1,409.00 | | $2,405.03 |
| | {13} | | payment 5 of 6 | $891.17 | 1229-000 | | | $2,405.03 |
| | {14} | | payment 5 of 6 | $222.11 | 1229-000 | | | $2,405.03 |
| | {15} | | payment 5 of 6 | $33.27 | 1229-000 | | | $2,405.03 |
| | {16} | | payment 5 of 6 | $70.06 | 1229-000 | | | $2,405.03 |
| | {17} | | payment 5 of 6 | $151.56 | 1229-000 | | | $2,405.03 |
| | {18} | | payment 5 of 6 | $40.83 | 1229-000 | | | $2,405.03 |
| 04/11/2017 | | FLOWERS, FARRAH F | Settlement for non-exempt assets per order entered 11/16/2016, dkt #28 (payment 6 of 6) (payor should be U.S. Treasury - intercepted refund per agreement) | | * | $870.00 | | $3,275.03 |
| | {13} | | payment 6 of 6 | $550.26 | 1229-000 | | | $3,275.03 |
| | {14} | | payment 6 of 6 | $137.14 | 1229-000 | | | $3,275.03 |
| | {15} | | payment 6 of 6 | $20.55 | 1229-000 | | | $3,275.03 |
| | {16} | | payment 6 of 6 | $43.26 | 1229-000 | | | $3,275.03 |
| | {17} | | payment 6 of 6 | $93.58 | 1229-000 | | | $3,275.03 |
| | {18} | | payment 6 of 6 | $25.21 | 1229-000 | | | $3,275.03 |
| 09/27/2018 | 3001 | David P. Leibowitz | Trustee Compensation | | 2100-000 | | $686.88 | $2,588.15 |
| 09/27/2018 | 3002 | David P. Leibowitz | Trustee Expenses | | 2200-000 | | $17.19 | $2,570.96 |
| 09/27/2018 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $29.56; Distribution Dividend: 100.00%; | | 3120-000 | | $29.56 | $2,541.40 |
| | | | | | **SUBTOTALS** | $2,529.00 | $736.40 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-08629 | Trustee Name: | David Leibowitz |
| Case Name: | FLOWERS, FARRAH F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1183 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Flowers, Farah |
| For Period Beginning: | 3/14/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/27/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $802.50; Distribution Dividend: 100.00%; | 3110-000 | | $802.50 | $1,738.90 |
| 09/27/2018 | 3005 | FARRAH F FLOWERS | Claim #: ; Amount Claimed: $531.47; Distribution Dividend: 100.00%; | 8200-002 | | $531.47 | $1,207.43 |
| 09/27/2018 | 3006 | Department Store National Bank | Claim #: 2; Amount Claimed: $242.35; Distribution Dividend: 100.00%; | * | | $246.24 | $961.19 |
| | | | Claim Amount                $(242.35) | 7100-900 | | | $961.19 |
| | | | Interest                    $(3.89) | 7990-000 | | | $961.19 |
| 09/27/2018 | 3007 | Portfolio Recovery Associates, LLC | Claim #: 4; Amount Claimed: $702.02; Distribution Dividend: 100.00%; | * | | $713.28 | $247.91 |
| | | | Claim Amount                $(702.02) | 7100-900 | | | $247.91 |
| | | | Interest                    $(11.26) | 7990-000 | | | $247.91 |
| 09/27/2018 | 3008 | City of Chicago Department of Finance | Claim #: 7; Amount Claimed: $244.00; Distribution Dividend: 100.00%; | * | | $247.91 | $0.00 |
| | | | Claim Amount                $(244.00) | 7200-000 | | | $0.00 |
| | | | Interest                    $(3.91) | 7990-000 | | | $0.00 |

**SUBTOTALS**           $0.00           $2,541.40

**FORM 2** Page No: 4 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-08629 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FLOWERS, FARRAH F | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1183 | | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Flowers, Farah |
| For Period Beginning: | 3/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $3,279.00 | $3,279.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,279.00 | $3,279.00 | |
| | | | Less: Payments to debtors | | $0.00 | $531.47 | |
| | | | **Net** | | $3,279.00 | $2,747.53 | |

**For the period of 3/14/2016 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,279.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,279.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,747.53 |
| Total Non-Compensable Disbursements: | $531.47 |
| Total Comp/Non Comp Disbursements: | $3,279.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/30/2016 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,279.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,279.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,747.53 |
| Total Non-Compensable Disbursements: | $531.47 |
| Total Comp/Non Comp Disbursements: | $3,279.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 5        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-08629 | |
| **Case Name:** | FLOWERS, FARRAH F | |
| **Primary Taxpayer ID #:** | **-***1183 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/14/2016 | |
| **For Period Ending:** | 11/19/2018 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2901 |
| **Account Title:** | Flowers, Farah |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $3,279.00 | $3,279.00 | $0.00 |

**For the period of 3/14/2016 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,279.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,279.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,747.53 |
| Total Non-Compensable Disbursements: | $531.47 |
| Total Comp/Non Comp Disbursements: | $3,279.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/14/2016 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,279.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,279.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,747.53 |
| Total Non-Compensable Disbursements: | $531.47 |
| Total Comp/Non Comp Disbursements: | $3,279.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ